ORIGINAL

Copies served
By Courtroom Deputy

FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville

APR 3 2003

LUTHER D. THOMAS, Clerk
By: D.W.Wood Deputy Clerk

AO 72A
(Rev.8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

MARILYN SNYDER,

    Plaintiff,

vs.

RICHARD MOORE, individually and in his official capacity as Sheriff of Habersham County, JUSTIN WILLIAMS, Individually, JOSHUA HIGHFILL, Individually, KENDRA TRIMIAR, Individually, and KEITH FRANKLIN, Individually,

    Defendants.

CIVIL ACTION
NO. 2:01-cv-181-WCO

### ORDER

The captioned case is before the court for consideration of plaintiff's motion for an award of attorney's fees and expenses [67-1]. Defendants have not responded to the motion, indicating that they have no opposition to it. L.R. 7.1B, N.D.Ga.

Upon a review of this motion, this court had determined that a conference with the parties would be helpful in resolving this matter. When the clerk called the parties to schedule the conference, the parties informed her that the matter had been resolved, though the motion was

never withdrawn as it should have been. Because the court has been advised that this matter has been settled, the motion for attorney's fees and expenses is hereby DENIED as moot [67-1].

IT IS SO ORDERED, this 2nd day of April, 2003.

                                            William C. O'Kelley
                                            Senior United States District Judge

AO 72A
(Rev.8/82)